Exhibit A

| | |
|---|---|
| STATE OF SOUTH CAROLINA | IN THE COURT OF COMMON PLEAS |
| COUNTY OF LANCASTER | |
| LANCASTER COUNTY, SOUTH CAROLINA, A BODY POLITIC, | CIVIL ACTION COVERSHEET |
| Plaintiff(s) | |
| vs. | 2016-CP-29-_01172_ |
| LAWSON'S BEND, LLC, TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, AND THE HARTFORD FIRE INSURANCE COMPANY, | |
| Defendant(s) | |

Submitted By: T. ALSTON DEVENNY
FOLKS & DEVENNY, LLC
POST OFFICE BOX 1657
LANCASTER, SC 29721

SC Bar #: 12057
Telephone #: 803-286-6647
Fax #: 803-286-8528
Other:
E-mail:

NOTE: The coversheet and information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is required for the use of the Clerk of Court for the purpose of docketing. It must be filled out completely, signed, and dated. A copy of this coversheet must be served on the defendant(s) along with the Summons and Complaint.

## DOCKETING INFORMATION (Check all that apply)
*If Action is Judgment/Settlement do not complete*

- [ ] JURY TRIAL demanded in complaint.
- [x] NON-JURY TRIAL demanded in complaint.
- [ ] This case is subject to ARBITRATION pursuant to the Court Annexed Alternative Dispute Resolution Rules.
- [ ] This case is subject to MEDIATION pursuant to the Court Annexed Alternative Dispute Resolution Rules.
- [ ] This case is exempt from ADR. (Proof of ADR/Exemption Attached)

## NATURE OF ACTION (Check One Box Below)

| Contracts | Torts - Professional Malpractice | Torts – Personal Injury | Real Property |
|---|---|---|---|
| ☐ Constructions (100) | ☐ Dental Malpractice (200) | ☐ Conversion (310) | ☐ Claim & Delivery (400) |
| ☐ Debt Collection (110) | ☐ Legal Malpractice (210) | ☐ Motor Vehicle Accident (320) | ☐ Condemnation (410) |
| ☒ General (130) | ☐ Medical Malpractice (220) | ☐ Premises Liability (330) | ☐ Foreclosure (420) |
| ☐ Breach of Contract (140) | Previous Notice of Intent Case # | ☐ Products Liability (340) | ☐ Mechanic's Lien (430) |
| ☐ Fraud/Bad Faith (150) | 20___-NI-___ | ☐ Personal Injury (350) | ☐ Partition (440) |
| ☐ Failure to Deliver/ Warranty (160) | ☐ Notice/ File Med Mal (230) | ☐ Wrongful Death (360) | ☐ Possession (450) |
| ☐ Employment Discrim (170) | ☐ Other (299) ___ | ☐ Assault/Battery (370) | ☐ Building Code Violation (460) |
| ☐ Employment (180) | | ☐ Slander/Libel (380) | ☐ Other (499) ___ |
| ☐ Other (199) ___ | | ☐ Other (399) ___ | |

| Inmate Petitions | Administrative Law/Relief | Judgments/Settlements | Appeals |
|---|---|---|---|
| ☐ PCR (500) | ☐ Reinstate Drv. License (800) | ☐ Death Settlement (700) | ☐ Arbitration (900) |
| ☐ Mandamus (520) | ☐ Judicial Review (810) | ☐ Foreign Judgment (710) | ☐ Magistrate-Civil (910) |
| ☐ Habeas Corpus (530) | ☐ Relief (820) | ☐ Magistrate's Judgment (720) | ☐ Magistrate-Criminal (920) |
| ☐ Other (599) | ☐ Permanent Injunction (830) | ☐ Minor Settlement (730) | ☐ Municipal (930) |
| | ☐ Forfeiture-Petition (840) | ☐ Transcript Judgment (740) | ☐ Probate Court (940) |
| | ☐ Forfeiture—Consent Order (850) | ☐ Lis Pendens (750) | ☐ SCDOT (950) |
| | ☐ Other (899) | ☐ Transfer of Structured Settlement Payment Rights Application (760) | ☐ Worker's Comp (960) |
| | | | ☐ Zoning Board (970) |
| | | | ☐ Public Service Comm. (990) |
| | | ☐ Confession of Judgment (770) | ☐ Employment Security Comm (991) |

| Special/Complex /Other | | | |
|---|---|---|---|
| ☐ Environmental (600) | ☐ Pharmaceuticals (630) | ☐ Petition for Workers Compensation Settlement Approval (780) | ☐ Other (999) |
| ☐ Automobile Arb. (610) | ☐ Unfair Trade Practices (640) | | |
| ☐ Medical (620) | ☐ Out-of State Depositions (650) | ☐ Other (799) ___ | |
| ☐ Other (699) ___ | ☐ Motion to Quash Subpoena in an Out-of-County Action (660) | | |
| ☐ Sexual Predator (510) | ☐ Pre-Suit Discovery (670) | | |
| ☐ Permanent Restraining Order (680) | | | |

Submitting Party Signature: _/s/_

Date: OCTOBER 5, 2016

SCCA / 234 (03/2016)

Page 1 of 2

Note: Frivolous civil proceedings may be subject to sanctions pursuant to SCRCP, Rule 11, and the South Carolina Frivolous Civil Proceedings Sanctions Act, S.C. Code Ann. §15-36-10 et. seq.

**Effective January 1, 2016,** Alternative Dispute Resolution (ADR) is mandatory in all counties, pursuant to Supreme Court Order dated November 12, 2015.

SUPREME COURT RULES REQUIRE THE SUBMISSION OF ALL CIVIL CASES TO AN ALTERNATIVE DISPUTE RESOLUTION PROCESS, UNLESS OTHERWISE EXEMPT.

Pursuant to the ADR Rules, you are required to take the following action(s):

1. The parties shall select a neutral and file a "Proof of ADR" form on or by the 210th day of the filing of this action. If the parties have not selected a neutral within 210 days, the Clerk of Court shall then appoint a primary and secondary mediator from the current roster on a rotating basis from among those mediators agreeing to accept cases in the county in which the action has been filed.

2. The initial ADR conference must be held within 300 days after the filing of the action.

3. Pre-suit medical malpractice mediations required by S.C. Code §15-79-125 shall be held not later than 120 days after all defendants are served with the "Notice of Intent to File Suit" or as the court directs.

4. Cases are exempt from ADR only upon the following grounds:

    a. Special proceeding, or actions seeking extraordinary relief such as mandamus, habeas corpus, or prohibition;

    b. Requests for temporary relief;

    c. Appeals

    d. Post Conviction relief matters;

    e. Contempt of Court proceedings;

    f. Forfeiture proceedings brought by governmental entities;

    g. Mortgage foreclosures; and

    h. Cases that have been previously subjected to an ADR conference, unless otherwise required by Rule 3 or by statute.

5. In cases not subject to ADR, the Chief Judge for Administrative Purposes, upon the motion of the court or of any party, may order a case to mediation.

6. Motion of a party to be exempt from payment of neutral fees due to indigency should be filed with the Court within ten (10) days after the ADR conference has been concluded.

Please Note: You must comply with the Supreme Court Rules regarding ADR. Failure to do so may affect your case or may result in sanctions.

| | |
|---|---|
| STATE OF SOUTH CAROLINA ) | IN THE COURT OF COMMON PLEAS |
| ) | SIXTH JUDICIAL CIRCUIT |
| COUNTY OF LANCASTER ) | |
| ) | |
| Lancaster County, South Carolina, a ) | SUMMONS |
| body politic, ) | |
| ) | |
| ) | |
| Plaintiff, ) | CASE NO. 2016-CP-29-01172 |
| vs. ) | |
| ) | |
| Lawson's Bend, LLC, Travelers Casualty ) | |
| and Surety Company of America, and ) | |
| The Hartford Fire Insurance Company, ) | |
| ) | |
| Defendants. ) | |

FILED
2016 OCT -5 AM 11:32
CLERK OF COURT
LANCASTER, SC
OFFICE OF CLERK OF COURT

TO THE DEFENDANTS ABOVE-NAMED:

You are hereby summoned and required to answer the Complaint in this action, a copy of which is herewith served upon you, and to serve a copy of your answer to the said Complaint on the subscribers hereof at their offices, 104 South Catawba Street, Lancaster, South Carolina 29721-1657, within thirty (30) days after the service hereof, exclusive of the day of such service; and if you fail to answer the Complaint within the time aforesaid, the Plaintiff in this action will apply to the Court for a judgment by default to be rendered against you for the relief demanded in the Complaint.

October 5, 2016.

Lancaster, SC

FOLKS & DeVENNY, LLC
Attorneys for Plaintiff

BY: _____
T. Alston DeVenny
Post Office Box 1657
Lancaster, SC 29721
803-286-6647

| | |
|---|---|
| STATE OF SOUTH CAROLINA ) | IN THE COURT OF COMMON PLEAS |
| ) | SIXTH JUDICIAL CIRCUIT |
| COUNTY OF LANCASTER ) | |
| ) | |
| Lancaster County, South Carolina, a ) | |
| body politic, ) | |
| ) | |
| Plaintiff, ) | |
| ) | COMPLAINT |
| vs. ) | CASE NO.: 2016-CP-29-01172 |
| ) | |
| Lawson's Bend, LLC, Travelers Casualty ) | |
| and Surety Company of America, and ) | |
| The Hartford Fire Insurance Company, ) | |
| ) | |
| Defendants. ) | |

THE PLAINTIFF ALLEGES THE FOLLOWING:

1. Plaintiff is the governing body of the County of Lancaster, State of South Carolina, and a political subdivision of the State of South Carolina.

2. Defendant Lawson's Bend, LLC is a corporation duly organized and existing under the laws of the State of Virginia, engaged in the business of property development in Lancaster County, South Carolina, with its principal unperformed development obligations in Lancaster County, South Carolina.

3. Defendant Travelers Casualty and Surety Company of America (hereinafter "Travelers") is a corporation organized and existing under the laws of the State of Connecticut, duly authorized and licensed to engage in the general surety business and performance bond business in the State of South Carolina.

4. Defendant Hartford Fire Insurance Company (hereinafter "Hartford") is a corporation organized under the laws of the State of Connecticut duly authorized and licensed to engage in the general surety business and performance bond business in the State of South Carolina.

Defendant Travelers and a copy of one performance bond of the Defendant Hartford is attached and incorporated herein).

8.  Plaintiff duly performed its obligation to Defendant Lawson's Bend, LLC, but Defendant Lawson's Bend, LLC failed to properly perform its obligation in that it did not construct improvements at all or installed and constructed improvements so poorly that the improvements had to be reconstructed or reinstalled.

9.  Plaintiff has incurred damages as a direct and proximate result of the failure of Defendant Lawson's Bend, LLC to properly perform its obligation. Damages for installation, remediation and repair costs exceed $2,732,861.00.

10.  On or before April 28, 2009, Plaintiff made multiple demands to Defendant Lawson's Bend, LLC to perform its obligation to properly install and complete improvements in Edenmoor development.

11.  On April 28, 2009, and continuing to the present date Plaintiff demanded in writing that the Defendants Travelers and Hartford pay the full amounts of their respective bonds as damages for the breach of the condition of the bonds executed by Defendant Travelers and Defendant Hartford, respectively, but the Defendants have failed to and refused to pay.

12.  For the foregoing reasons, Defendants Lawson's Bend, LLC and Hartford now owe Plaintiff $83,492.50 and the same remains past due, owing and unpaid from Defendants to Plaintiff. The Defendants Lawson's Bend, LLC and Travelers now owe Plaintiff $1,832.673.75 and the same remains past due, owing and unpaid from Defendants to Plaintiff.

WHEREFORE Plaintiff requests that the Court enter judgment against the Defendants, and each of them, as follows:

For $83,492.50 as damages sustained by the Plaintiff, with interest, from Defendants Lawson Bend, LLC and Defendant Hartford Fire Insurance Company;

For $1,832,673.75 as damages sustained by the Plaintiff, with interest, from Defendants Lawson's Bend, LLC and Defendant Travelers Casualty and Surety Company of America.

For Plaintiff's costs and expenses of the suit; and

For such other and further relief as the Court deems just and proper.

October 5, 2016
Lancaster, SC

FOLKS & DeVENNY, LLC
Attorneys for Plaintiff

BY: _____
T. Alston DeVenny
Post Office Box 1657
104 S. Catawba Street
Lancaster, SC 29721-1657
(803)286-6647

October 5, 2016
Lancaster, SC

LANCASTER COUNTY
Co-Counsel for Plaintiff

BY: _____
John L. Weaver
Post Office Box 1809
Lancaster, SC 29721-1809
(803) 416-9426