IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| Lancaster County, South Carolina, a Body Politic,<br><br>Plaintiff,<br><br>vs.<br><br>Lawson's Bend, LLC, Travelers Casualty and Surety Company of America and The Hartford Fire Insurance Company,<br><br>Defendants. | STIPULATION OF DISMISSAL WITHOUT PREJUDICE<br><br>C.A. No.: 0:16-CV-3593-JFA |

Plaintiff, by and through its undersigned attorneys, stipulates that pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, the within action is dismissed without prejudice.

WE STIPULATE:

FOLKS & DEVENNY, LLC

_____
T. Alston DeVenny, Esquire
Post Office Box 1657
Lancaster, SC 29721
803-286-6647
Attorneys for Plaintiff

_____
John L. Weaver, Esquire
Lancaster County Attorney
101 North Main Street
Lancaster, SC 29720
Attorney for Plaintiff

Lancaster, South Carolina
February 14, 2017

Lancaster, South Carolina
February 14, 2017